**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**DONALD CARLOS SEOANE,**

**Plaintiff,**

**v.** **Case No. 4:26-cv-347-AW-MJF**

**RON DESANTIS, et al.,**

**Defendants.**

_________________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with court orders or paid the filing fee or moved for leave to proceed *in forma pauperis*. He also has not objected to the magistrate judge's report and recommendation (ECF No. 10), which recommends dismissal on those bases. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order, failure to pay the filing fee, and failure to prosecute." The clerk will then close the file.

SO ORDERED on October 20, 2026.

s/ *Allen Winsor*
Chief United States District Judge